No. 09-10399. Roger Benson, Petitioner v. United States.

560 U.S. 935, 130 S. Ct. 3346, 176 L. Ed. 2d 1239, 2010 U.S. LEXIS 4318.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 363 Fed. Appx. 483.

No. 09-10401. Anthony Johnson, Petitioner v. United States.

560 U.S. 935, 130 S. Ct. 3346, 176 L. Ed. 2d 1239, 2010 U.S. LEXIS 4342.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 592 F.3d 442.

No. 09-10404. Jose Larios, Petitioner v. United States.

560 U.S. 935, 130 S. Ct. 3347, 176 L. Ed. 2d 1239, 2010 U.S. LEXIS 4201.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 593 F.3d 82.

No. 09-10408. Ricardo Palmera Pineda, Petitioner v. United States.

560 U.S. 935, 130 S. Ct. 3347, 176 L. Ed. 2d 1239, 2010 U.S. LEXIS 4347.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 348 Fed. Appx. 591.

No. 09-10409. Gina Morrison, Petitioner v. United States.

560 U.S. 935, 130 S. Ct. 3347, 176 L. Ed. 2d 1239, 2010 U.S. LEXIS 4332.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 594 F.3d 626.

No. 09-10410. Leigh-Davis Glass, Petitioner v. United States.

560 U.S. 935, 130 S. Ct. 3347, 176 L. Ed. 2d 1239, 2010 U.S. LEXIS 4228, 

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 58.

No. 09-10412. Carlos Orrego-Martinez, Petitioner v. United States.

560 U.S. 935, 130 S. Ct. 3347, 176 L. Ed. 2d 1239, 2010 U.S. LEXIS 4200.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 575 F.3d 1.

No. 09-10420. Donald Craig McCaney, Petitioner v. United States.

560 U.S. 935, 130 S. Ct. 3347, 176 L. Ed. 2d 1239, 2010 U.S. LEXIS 4283.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.